**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **GWENDOLYN THOMAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 2:17cv2420** |
| ) | |
| **MIDLAND CREDIT MANAGEMENT,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

<u>**NOTICE OF REMOVAL**</u>

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midland Credit Management, Inc. ("MCM") hereby removes this civil action from the Limited Actions Division of the District Court of Wyandotte County, Kansas, entitled *Thomas v. Midland Credit Management, Inc.*, Case Number 2017-LM-002704 (the "State Court Action"), to the United States District Court for the District of Kansas.  In support of this removal, MCM states as follows:

1.      Plaintiff Gwendolyn Thomas ("Plaintiff") filed her Petition in the State Court Action on or about June 20, 2017, purporting to assert a claim against MCM for violation of the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

2.      Plaintiff's FDCPA claim against MCM presents a federal question within this Court's original jurisdiction under 28 U.S.C. § 1331, and the Petition is therefore removable to this Court under 28 U.S.C. § 1441.

3.      Plaintiff served MCM through its Registered Agent, the Corporation Service Company, on or about June 26, 2017.  MCM had no actual or constructive knowledge of the lawsuit before service.

4.      This Notice of Removal is filed within thirty (30) days after MCM was served with a copy of Plaintiff's Petition setting forth the claims upon which this removal is based. MCM has not filed any responsive pleadings in the District Court of Wyandotte County, Kansas, prior to filing this Notice of Removal.

5.      Removal is therefore proper under 28 U.S.C. §§ 1331, 1441, and 1446.

6.      In accordance with 28 U.S.C. § 1446(d), MCM will provide written notice hereof to Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the District Court of Wyandotte County, Kansas.

7.      MCM has, contemporaneously with the filing of this Notice of Removal, submitted a copy of the State Court Petition, attached hereto as "**Exhibit A**."

8.      No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendant Midland Credit Management, Inc. respectfully removes this action to this Court for further proceedings according to law.

## DESIGNATION OF PLACE OF TRIAL

Defendant Midland Credit Management, Inc. requests Kansas City, Kansas as the place of trial.

Dated this 21st day of July, 2017.

Respectfully Submitted,

LEWIS RICE LLC

By: ___/s/ Thomas M. Martin_____
        Thomas M. Martin    KS# 13620
        M. Cory Nelson       Kan. Dt. Ct. #78428
        1010 Walnut, Suite 500
        Kansas City, Missouri 64106
        (816) 421-2500 (telephone)
        (816) 472-2500 (facsimile)
        tmmartin@lewisricekc.com
        cnelson@lewisricekc.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on this 21st day of July, 2017, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notice thereof, to the following:

A.J. Stecklein
Michael H. Rapp
Matt Robertson
Stecklein & Rapp
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  (913) 371-0727
Facsimile:  (913) 371-0147
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
msr@kcconsumerlawyer.com

ATTORNEYS FOR PLAINTIFF

    __/s/  Thomas M. Martin_____
      Attorney for Defendant