UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GWENDOLYN THOMAS,

    Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

Case Number: 17-CV-02420 JAR/KGS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Gwendolyn Thomas; Defendant is Midland Credit Management, Inc.

2. On July 24, 2017, this case was removed to the United States District Court for the District of Kansas (Doc. 1).

3. Plaintiff filed a Notice of Settlement on August 30, 2017 (Doc. 7).

4. Plaintiff now moves to dismiss the lawsuit against Defendant.

5. Defendant agrees to the dismissal.

6. This case is not a class action.

7. A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a court order for dismissal of the case.

9. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice to refiling.

11. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0727
Email: AJ@KCconsumerlawyer.com
           MR@KCconsumerlawyer.com
Attorney for Plaintiffs

By:  /s/ Thomas M. Martin
Thomas M. Martin #13620
M. Cory Nelson, Kan. Dt. Ct. #78428
Lewis Rice LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
Telephone: 816-421-2500
Facsimile:  816-472-2500
Email:  tmmartin@lewisricekc.com
           cnelson@lewisricekc.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on September 29, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
A.J. Stecklein #16330